# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:06-cv-97-Orl-28DAB

**$442,721.00 IN U.S. CURRENCY,**

        **Defendant.**

___

# ORDER

This case is before the Court on Motion of the United States of America for Default Judgment as to Victor Escobar Rodriguez (Doc. No. 11) filed March 28, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 16, 2006 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The United States of America's Motion for Default Judgment is **DENIED.**

3. Claimant, Victor Escobar Rodriguez, is directed to file an amended answer complying with the governing rules and statutes and verified claim within eleven (11) days of the date of this Order.

DONE and ORDERED in Chambers, Orlando, Florida this __8__ day of September, 2006.

                                    _____
                                    JOHN ANTOON II
                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party